**Dismissed and Memorandum Opinion filed March 6, 2018.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-17-00994-CV

---

## VANDERBILT MORTGAGE AND FINANCE INC., Appellant

## V.

## SUSAN L. BAKER, Appellee

---

**On Appeal from the County Court at Law No. 4 and Probate Court
Brazoria County, Texas
Trial Court Cause No. Cl156700**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2017. The notice of appeal was filed December 6, 2017. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On January 23, 2018, this court ordered appellant to pay the appellate filing fee on or before February 7, 2018, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.